UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT REYES, ET AL., | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00020 |
| | § | |
| GARDEN BANKS GAS | § | |
| PIPELINE LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Defendants' Rule 72 Objections to Magistrate Judge's August 27, 2019 Orders ("Objection Motion"). *See* Dkt. 105.

In the Objection Motion, Defendants explain that "[d]uring the [August 27] pre-motion telephone conference, [U.S.] Magistrate Judge [Andrew M. Edison] denied Defendants' request to continue the trial and declined to order that additional depositions be taken after the discovery deadline." *Id.* at 9. Defendants object to Judge Edison's rulings, arguing that they "are inconsistent with the Court's prior rulings related to discovery requested after the expiration of the Court ordered discovery deadline and they clearly prejudice Defendants' ability to properly prepare for trial and defend the case." *Id.* at 1–2. Based on these objections, Defendants "request that the Court modify [Judge Edison's] August 27, 2019 Minute Entry and Orders, continue the trial of this matter, extend the discovery deadline so that the necessary depositions can be completed to

properly defend this case and prepare for trial, and order Claimants to provide availability for the necessary depositions to complete discovery." *Id.* at 13.

Federal Rule of Civil Procedure 72(a) states that when a magistrate judge has ruled on a non-dispositive matter, a party may file objections within 14 days of being served with a copy of the ruling. *See* FED. R. CIV. P. 72(a). However, "[a] party may not assign as error a defect in the order not timely objected to." *Id.* A district judge must consider timely objections and modify or set aside parts of the order that are clearly erroneous or contrary to law. *See id.*

The Court has thoroughly reviewed the Objection Motion and finds that Defendants have not presented the Court with any binding precedent or arguments that shows that Judge Edison's ruling was clearly erroneous or contrary to law.

Therefore, Defendants' objections are **OVERRULED**, and the Objection Motion (Dkt. 105) is **DENIED**.

SIGNED this day 11th day of September, 2019.

_____
George C. Hanks Jr.
United States District Judge